THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLAS COSMO, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County, imposed May 29, 1978, upon his conviction of criminal sale of a controlled substance in the third degree, on his plea of guilty, the sentence being an indeterminate prison term of from two years to life. Sentence modified, as a matter of discretion in the interest of justice, by reducing it to a prison term of one year to life. As so

modified, sentence affirmed. The sentence was excessive to the extent indicated herein. Suozzi, J. P., Gulotta and Shapiro, JJ., concur.

Rabin, J., dissents and votes to affirm the sentence.